UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ROHIT CORPORATION,<br><br>    Defendant. | Case No. 19-cv-06421-SVK<br><br>**ORDER DENYING JOINT ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 17 |

This action is currently proceeding under General Order ("G.O.") 56, which is this District's order governing Americans with Disabilities Act ("ADA") access litigation. *See* G.O. 56. G.O. 56 requires parties to fulfill certain obligations, including holding an in-person joint site inspection and an in-person settlement meeting, before proceeding to mediation. G.O. 56 ¶¶ 7-8.

On April 2, 2020, the parties filed a joint motion for relief pursuant to Civil Local Rule 7-11 asking this Court to issue an order allowing them to hold the G.O. 56 ¶ 8 settlement meeting telephonically or through video conference rather than in-person. Dkts. 17, 17-1. However, G.O. 56 ¶ 8(b) states that "[p]articipation in the settlement meeting **cannot** be satisfied by telephone, video conference, or exchanging letters, emails, or texts. The parties themselves and their counsel must be personally present." As an in-person settlement meeting must take place before the parties proceed to mediation, the parties' administrative motion is **DENIED**. The Court does, however, extend the parties' deadline to complete the in-person settlement meeting to **June 8, 2020**. The Court also reminds the parties that G.O. 56 does not prohibit them from having telephonic settlement discussions if they believe such discussions will resolve the case.

**SO ORDERED.**

Dated: April 9, 2020

                                                                   SUSAN VAN KEULEN
United States Magistrate Judge